UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: JOHN M. CICILLINE MISC. NO. 08-074

ORDER TO SHOW CAUSE

The majority of the active judges of this Court, having considered the matter, now make the following order:

The above-named Respondent appeared before the United States District Court for the District of Massachusetts on June 6, 2008, and plead guilty to four counts of an indictment charging him with conspiracy, obstruction of justice and making false statements. Based on the Respondent's admissions, it appears that the Respondent, an attorney and member of the bar of this Court, has committed serious misconduct and violated the Standards of Professional Conduct as set forth in LR Gen 208. Therefore, in accordance with the provisions of LR Gen 210(c), it is hereby **ORDERED**:

The Respondent shall appear before this Court on **September 8, 2008 at 2:00 p.m. in Courtroom 1** and show cause why he should not be immediately suspended from the practice of law before this Court. In accordance with the provisions of LR Gen 210(c)(3), the Respondent shall file a written response to this show cause order and the allegations of misconduct contained herein within ten (10) days after service.

ENTER:

Mary M. Lisi
Mary M. Lisi
Chief Judge
August 21, 2008